384 A.2d 1359

**MARVCO, INC., Appellant,**

v.

**A. Douglas HANNAH and Margaret D. Hannah, his wife, William A. Seifert, Jr. and Frances L. Seifert, his wife, James G. Marks and Rachel Reed Marks, his wife, J. B. Reed and Judith F. Reed, his wife, Dr. Max W. Safly and Madeline A. Safly, his wife, C. William Weisser and Sarah Danahey Weisser, his wife, Goldie Thorp, a single woman, Samuel Harbison, deceased, and Mary Jane Harbison, his wife.**

Superior Court of Pennsylvania.

Argued Nov. 22, 1977.

Decided April 13, 1978.

Marvin Schreiber, with him Schreiber & Schreiber, Pittsburgh, for appellant.

Robert W. Watson, Jr., Pittsburgh, with him James H. McConomy, Pittsburgh, for appellees.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Order affirmed.

JACOBS, President Judge, dissents.

HOFFMAN, J., dissents. See The Uniform Declaratory Judgment Act, Act of June 18, 1923, P.L. 840, § 2; 12 P.S. § 832, and *Shapiro v. Levin*, 223 Pa.Super. 535, 302 A.2d 417 (1973).

WATKINS, former President Judge, did not participate in the consideration or decision of this case.